IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RASHEEN JOHNSON,** Inmate #29040-044,  )<br>)<br>       **Plaintiff,**                                      )<br>)<br>vs.                                                               )<br>                                                                    )<br>**HARLEY G. LAPPIN, C/O CHAMBERS,**  )<br>**COUNSELOR BLACK, C/O PETTY, B.**     )<br>**GRELICK, ROBERT WHITEHOUSE, M.**  )<br>**GELIOS, D. BANING, SARA REVELL,**    )<br>**and CAPTAIN SMITH,**                             )<br>                                                                    )<br>       **Defendants.**                                   ) | **CIVIL NO. 05-900-MJR** |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed for failure to state a claim.

Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing from this action.

December 18, 2006                                       By:  **s/ Michael J. Reagan**
*Date*                                                                    *District Judge*